IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:24-mj- 15 |
| | ) |
| DAMIEN JAHON REYNOLDS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Nicholas Spencer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. This affidavit is submitted in support of a criminal complaint and arrest warrant for DAMIEN JAHON REYNOLDS ("REYNOLDS") for Possession of a Machinegun, in violation of Title 18, United States Code, Section 922(o). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Instead, I have set forth only facts that I believe are sufficient to charge REYNOLDS with a violation of 18 U.S.C. § 922(o).

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since May 2020. I am a graduate of the ATF National Academy at the Federal

Law Enforcement Training Center in Glynco, Georgia, U.S. Customs and Border Protection Basic Training Program, and the Drug Enforcement Administration Special Agent Basic Training Program in Quantico, Virginia. These duties included training in the investigative techniques of criminal violations of the Gun Control Act (18 U.S.C. ch. 44) and the National Firearms Act (26 U.S.C. ch. 53). Prior to joining ATF, I was an officer with the United States Customs and Border Protection for approximately eight years and a Special Agent with the Drug Enforcement Administration for approximately one year. I have a Bachelor of Science in Communications from the Pennsylvania State University.

3. Based on my training and experience and the facts set forth herein, I submit there is probable cause to believe that REYNOLDS (black male, date of birth X/XX/1988, social security number XXX-XX-4419; 6'00" tall and 300 lbs., brown hair, brown eyes, currently in ATF custody being transferred to custody of the U.S. Marshals) possessed a machinegun in violation of 18 U.S.C. § 922(o).

**RELEVANT STATUTORY PROVISIONS**

4. 18 U.S.C. § 922(o)—Possession of Machinegun

**PROBABLE CAUSE**

Controlled Purchase of Suspected Narcotics and Machineguns

5. In December 2023, a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF) Special Agent ("SA"), acting in an undercover capacity, hereafter referred to as "the UC", contacted TARGET 1, and arranged to purchase machinegun conversion devices ("MGCD"), commonly known as "Glock switches", firearms, and narcotics from TARGET 1. Based on previous conversations with TARGET 1, the UC knew TARGET 1 and his/her "cousin," believed

2

to be REYNOLDS as described herein, to be sources of supply of firearms, MGCDs, and narcotics.

6. The UC purported to be on route to TARGET 1 on December 5, 2023 to purchase fentanyl powder, ecstasy pills, and machinegun conversion devices, however the UC had to abruptly cancel those plans due to unforeseen circumstances.

7. On December 18, 2023, TARGET 1 contacted the UC from 804-429-3627. The UC inquired as to TARGET 1's availability to which TARGET 1 replied that his/her fentanyl supplier "fronted" him/her the fentanyl that the UC was supposed to purchase on December 5, 2023. Consequently, TARGET 1 advised the UC that the UC would no longer be purchasing the fentanyl powder, and TARGET 1 would increase the price of the ecstasy pills to assist him/her in paying the debt TARGET 1 owed to his/her fentanyl supplier. TARGET 1 also advised that his/her cousin, REYNOLDS, increased the price of the MGCDs due to the UC's previous cancellation and that the switches printed for the December 5, 2023 purchase were still available. TARGET 1 advised that REYNOLDS' 3D printer was not currently operational, and that the last batch he made was for the UC.

8. The UC and TARGET 1 initially arranged for the purchase to take place at a Sheetz gas station in Caroline County, Virginia on December 20, 2023.

9. On December 20, 2023, the UC met with other members of the ATF Falls Church Field Office, ATF Richmond Field Office, and Stafford County Sheriff's Office to conduct a controlled purchase of 12 MGCDs, 2 privately made firearms ("PMF") installed with MGCDs, and approximately one hundred and fifty pills of ecstasy from TARGET 1 and REYNOLDS. Before and during the controlled purchase, the UC contacted TARGET 1 via cellphone number 804-429-3627. During these conversations, TARGET 1 told the UC to meet him/her at a gas

station identified as the Store Guinea Station located at 12342 Stonewall Jackson Road, Woodford, Virginia 22580, instead of the Sheetz.

10. After the UC had arrived at the location, law enforcement personnel observed a black Dodge Charger, bearing Virginia temporary registration, exiting the driveway of 7293 Macedonia Road, Woodford, Virginia 22580, a known address for REYNOLDS. A few minutes later, this same vehicle was seen entering the parking lot of the Store Guinea Station at 12342 Stonewall Jackson Road, Woodford, Virginia 22580. TARGET 1 was seen exiting the passenger side of the black Dodge Charger and entering Store Guinea Station. A black male, approximately 6' in height, large in stature, wearing a black balaclava-style mask, and fitting the description of REYNOLDS was also seen exiting the vehicle and entering Store Guinea Station. Law enforcement personnel inside the store were able to visually identify both suspects and confirm that the black male fit the description of REYNOLDS.

11. TARGET 1 exited the store and entered the UC's undercover vehicle ("UCV") equipped with audio and visual recording devices. During the time that TARGET 1 was in the UCV, REYNOLDS was seen leaving the store, entering the driver side of the vehicle and repositioning to be directly adjacent to the UCV and remained in the vehicle. The UC exchanged $8,400 in pre-recorded funds for the following items:

   a. PMF frame with an attached MGCD with a Glock 22 slide displaying serial number: NVV597

   b. PMF frame with an attached MGCD with a Glock 27 slide displaying obliterated serial number: BVXZ515

   c. Approximately 150 ecstasy pills, later found to be approximately 60 grams of methamphetamine

4

    d. 12 Glock switches (MGCDs)

12. As the transaction neared its conclusion, TARGET 1 informed the UC that his/her supplier had access to more firearms and silencers. TARGET 1 then exited the UCV and returned to the black Charger, subsequently departing the area.

13. The MGCDs and Glock firearms were preserved in their original packaging for future evidentiary purposes. The suspected ecstasy pills purchased were kept in their original packaging for law enforcement safety purposes and sent to the Drug Enforcement Administration Laboratory for drug identification purposes.

<u>Test fire and machinegun determination of PMFs purchased on December 20, 2023</u>

14. On January 31, 2024, ATF SA Nicholas Spencer transported the PMF's and the MGCDs purchased from TARGET 1 and REYNOLDS to the ATF Firearms & Ammunition Technology Division (FATD) for a machinegun determination and test fire. Firearms Enforcement Officer ("FEO") Nicholas Campbell test fired both PMFs which were able to shoot, or can be readily restored to shoot, automatically, more than one shot, without manual reloading, by a single function of the trigger.

15. FEO Campbell also installed a MGCD purchased from TARGET 1 and REYNOLDS on December 20, 2023 onto the PMF with the Glock 27 slide, and found that the MGCDs were able to shoot, or can be readily restored to shoot, automatically, more than one shot, without manual reloading, by a single function of the trigger.

<u>Execution of Search Warrant at 7293 Macedonia Road, Woodford, Virginia</u>

16. On February 8, 2024, the Honorable U.S. Magistrate Judge Summer L. Speight for the EDVA approved an application and affidavit for a search warrant for the single-family dwelling and surrounding curtilage located at 7293 Macedonia Road, Woodford, Virginia 22580 (the

"SUBJECT PREMISES") in the EDVA. On February 9, 2024, I, along with other ATF agents and members of the ATF's Special Response Team executed the search warrant at 7293 Macedonia Road, Woodford, Virginia 22580. REYNOLDS was present during the execution of the search warrant and confirmed that REYNOLDS resided at the SUBJECT PREMISES with his two children.

17. Among other evidence, during execution of the search warrant, agents recovered an "auto sear" that was printed by a 3-D printer on the SUBJECT PREMISES. During the search, agents also recovered additional auto sears and additional machinery that appeared to be used by REYNOLDS to create both plastic and metal auto sears. An auto sear is defined as a combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger—in other words, a *machine gun* as defined in 26 U.S.C. § 5845.

18. An FEO analyzed the 3-D-printed auto sear on the SUBJECT PREMISES and determined that the auto sear was designed and intended solely and exclusively for use in converting a weapon into a machinegun, as defined in 26 U.S.C. § 5845.

## CONCLUSION

19. Based on the foregoing, I submit there is probable cause to believe that Damien Jahon REYNOLDS possessed a machinegun in violation of 18 U.S.C. 922(o).

Nicholas Spencer
Digitally signed by Nicholas Spencer
Date: 2024.02.09 13:35:43 -05'00'

Nicholas Spencer
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn to by telephone in accordance with Fed. R. Crim. P. 4.1 this 9th day of February, 2024.

/s/

The Honorable Summer L. Speight
United States Magistrate Judge